IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | 4:23MJ3000 |
| AARON MICHAEL ZEMAN a/k/a TADASHI KURA KOJIMA, | MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| Defendant. | |

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and moves the Court to issue a Writ of Habeas Corpus Ad Prosequendum. In support of this Motion, the undersigned Assistant United States Attorney states:

1. The defendant is presently incarcerated in the Hall County Jail, Grand Island, Nebraska, in the custody of the Warden of said facility.

2. It is necessary that said defendant be before United States Magistrate Judge Cheryl R. Zwart for a hearing beginning on or after January 5, 2023, at 1:30 p.m.

WHEREFORE, the petitioner prays that the Clerk of this Court be ordered to issue a Writ of Habeas Corpus Ad Prosequendum to the Warden of the Hall County Jail and the United States Marshals Service for the appearance of said defendant as requested above and for such other proceedings as the Court may direct.

UNITED STATES OF AMERICA, Plaintiff

STEVEN A. RUSSELL
United States Attorney
District of Nebraska

By: s/ *Daniel Packard*
DANIEL PACKARD, #21991
Assistant U.S. Attorney
100 Centennial Mall North, #487
Lincoln, NE 68508
402-437-5241
E-mail: daniel.packard@usdoj.gov